**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

                                                       Case No.: 21-20349

    v                                            Honorable Linda V. Parker

HUI WEN WENG, a/k/a Phoebe" WENG,

    Defendant.

    _____/

| | |
|---|---|
| TIMOTHY P. MCDONALD | SUSAN E. FAIRCHILD |
| U.S. Department of Justice | U.S. Department of Justice |
| Assistant United States Attorney | Assistant United States Attorney |
| 211 W. Fort Street, Suite 2001 | 211 W. Fort Street, Suite 2001 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-0221; | (313) 226-9577 |
| timothy.mcdonald@usdoj.gov | susan.fairchild@usdoj.gov |

RAYMOND A. CASSAR (P36875)
LAW OFFICES OF RAYMOND A. CASSAR, PLC
Attorney for Hui Wen Weng
30445 Northwestern Highway, Ste. 220
Farmington Hills, MI 48334
(248) 855-0911; F: (248) 855-9523
ray@crimlawattorney.com

    _____/

**<u>SENTENCING MEMORANDUM ON BEHALF OF</u>**
**<u>DEFENDANT HUI WEN WENG</u>**

Submitted By:
RAYMOND A. CASSAR (P36875)
Attorney for Defendant Hui Wen Weng

1

## I.   THE NATURE OF THE OFFENSE AND PENALTY

The Defendant, Hui Wen Weng, is before this Honorable Court for Sentencing after having pled guilty to Count 1 and Count 2 of the Information. Count 1 and 2 charged Unlawful Employment of Aliens, in violation of 8 U.S.C. § 1324a(1)(A).  For Count 1 and Count 2, the length of imprisonment is up to 6 months.

## II.   FACTS

The defendant Hui Wen Weng, also known as Phoebe Weng, was the owner of Hibachi Grill in Westland, Michigan. During 2017 and 2018, she hired undocumented workers to work at the restaurant. She knew these individuals were not United States citizens and therefore, not eligible to work in the United States.

## III.   SENTENCING CONSIDERATIONS

Pursuant to 18 U.S.C. § 3553, the desire is to impose a sentence, which is "sufficient, but not greater than necessary." Defendant Hui Wen Weng asks this Honorable Court to consider the following information when imposing her sentence.

## IV.   UNDOCUMENTED WORKERS IN MICHIGAN

Whether we choose to accept it or not, according to a 2014 Detroit Free Press article by Niraj Warikoo, Michigan has about 100,000 undocumented immigrants.  These immigrants are not displacing American workers, but rather

they are doing the work Americans choose to avoid. The vast amount of these workers according to the Free Press article, are from Mexico. Many of these workers find jobs in Metro Detroit restaurants as kitchen help or work on large farms. These are two employment areas where Americans are reluctant to work. Restaurants often hire undocumented workers simply because they cannot find Americans interested in working in restaurant kitchens.

There is a myth that the undocumented worker is taking away American jobs. Former President Obama tried to implement Immigration Reform because his administration knew that undocumented workers play an important role in both the American work force and our economy. The plight of the undocumented worker is highly political.

The fact is, Phoebe did not take advantage of the undocumented workers. She paid these workers good salaries, and they were glad to be working. Phoebe understood the plight of immigrants looking for work because she and her family were once immigrants hoping to make a better life in the United States. She truly saw this as an opportunity to fill jobs most Americans ignored and to teach immigrants who wanted to work how to run a restaurant. Currently, in our present economy, it is very hard to fill job openings in many different areas. This is especially true in the food service industry. The truth is, that many Americans that are working in food service jobs, do not stay with their employment very long.

3

This is not the case for immigrants that need to work. They tend to be hard working and reliable.

Phoebe was a very good employer. None of the workers who were interviewed by the government had anything bad to say about Phoebe. As a matter of fact, one of the workers, Esau Hernandez-Perez, was interviewed by HSI agents and he said he was paid $2,500 per month and was given the option of staying in a house near the restaurant rent-free. Perez told the agents, "My boss showed me the house after my first day. He said I can live here for free if I want." Perez also said, "I can't drive. I can walk [to work] if I want." "My boss takes me to and from work."

Another worker Carlos Hernandez-Perez told HSI agents, "My boss takes me to and from work. I don't like to drive." He also lived in a house in Westland, Michigan near the restaurant. While he had no obligation to live at the house, it was rent-free and a good perk that was offered as part of the employment. This was a nice house in Westland. It had all the amenities including a full kitchen and Wi-Fi. This was not "substandard housing".

## V. COOPERATION WITH AUTHORITIES

On March 6, 2018, agents with Homeland Security Investigations interviewed Phoebe. To her credit, she fully cooperated with the authorities. She admitted hiring undocumented workers because very few young Americans are

4

interested in working in a restaurant and the ones that are interested, do not show up for work. Many people perceive restaurant jobs as "low class employment."

Phoebe told the agents that the immigrants that work at her restaurant are hard working and dependable. She pays them a fair wage and provides them with a place to live at no cost to them. For those workers who have no transportation, she arranges rides to get them to and from work. Phoebe believed that everyone was working to try to obtain legal status.

Agents seized $16,247 in cash from Hibachi Grill. This money was later returned to the defendant. However, as part of her Rule 11 agreement, this money was subsequently turned back over to the government. In addition, Phoebe's family paid $15,000 in lieu of the forfeiture of her home in Westland. As a showing of good faith on her part, both sums of money were paid to the government immediately after the Rule 11 was entered.

While raising this money was difficult for Phoebe's family, it demonstrates her commitment to try and make things right with the government.

## VI.   MITIGATING CIRCUMSTANCES

Every case has its own unique set of factors that must be reviewed in order to impose a fair and just sentence. The charges facing this 30-year-old woman are serious, but they reflect what is happening today with our country's inability to fill jobs in every sector especially the restaurant business. This is not an excuse for

Phoebe's hiring practices, but rather an understanding of where our country's economy has been for the past few years. Jobs are plentiful but there is still a shortage of people willing to work, especially in the restaurant business.

Phoebe made poor decisions regarding the hiring of undocumented workers. But this is a case of an immigrant helping other immigrants. She paid her workers well. She offered them housing for free and she taught them skills in running a restaurant. She did not treat these individuals as "cheap labor." These were good, dependable workers that wanted a job that most Americans ignore. She did not take jobs away from Americans, rather she hired people that wanted to work.

None of the following points can be refuted:

1. Phoebe never required workers to live in a particular place.

2. Workers were given the option to live in a modest home in Westland, Michigan rent free.

3. The employees could come and go as they pleased.

4. Phoebe took care of her employees, paid them well, and allowed them to eat free while working at the restaurant.

5. Phoebe provided transportation to and from work for those that wanted it, but this was not a condition of employment.

6. Phoebe wanted her employees to do well in the U.S. and to help their families back home.

7. None of the employees interviewed had anything bad to say about Phoebe. They appreciated having a job in the United States.

8. Phoebe and her family also worked at the restaurant doing all of the same things she expected form her employees.

9. Phoebe had many legally employed workers at her restaurant.

10. According to a Bureau of Labor Statistics report, there were 27 million foreign-born persons in the U.S. labor force, comprising 16.9% of the total labor force. The foreign-born include legally admitted immigrants, refugees, and undocumented immigrants. *(See www.bls.gov/news.release/pdf/forbrn.pdf.)*

## VII. PRIOR RECORD

Phoebe has no prior criminal charges or convictions. This is the first time that she had any contact with law enforcement. Further, Phoebe has never had any issues with alcohol or any illegal substances.

## VIII. PERSONAL HISTORY

Phoebe Weng was born in Fughou, China in 1990. In 2008, she came to the United States with her mother and two siblings. Her father had come to the United States in 2000 as part of Political Asylum. At that time, China had a one-child rule and the Weng's were always in fear that Chinese officials would find out about her three younger siblings. The penalty was forced sterilization. Phoebe's family lived

7

in fear most of their lives in China. Coming to the United States was a Chinese immigrant's dream. They were struggling financially in China, but not afraid to work long hours.

Phoebe was 18 years old when she came to the United States. She worked in the family restaurants. As the eldest child, she could not go to college because of her obligation to work and help support the family. In 2015, she became a United States citizen. It was a dream come true. She was used to working long hours and finally had a chance of running the Hibachi Grill in Westland Michigan.

Unfortunately, because of this federal investigation, the Hibachi Grill closed. Phoebe's aunt ended up taking over the remainder of the restaurant's lease and reopened the restaurant as Hibachi Buffet. Phoebe, her sister, mother, and father now all work for her aunt.

Phoebe currently lives with her mom, dad, and sister in Westland, Michigan. She still works at the restaurant but hopes to one day enroll in college so she can get a business degree. She firmly believes that working hard is what allowed her and her family to become U.S. citizens. Phoebe is most proud of her 22-year-old brother, Weichao, who attends college at Michigan Tech.

## CONCLUSION

The investigation involving Phoebe began in 2018. She and her family have been worried about the outcome of the case for three long years. Phoebe battled with depression and constant sleepless nights. She recently said to this writer:

"Ever since this case happened, over three years ago, I put my life on hold. I don't know what is going to happen next. What can I do with my life? I am 31 years old, and afraid to have a boyfriend. I keep telling myself that I cannot get involved with any one because if I go to jail it would not be fair to them. I can't even think about getting married. I messed everything up".

Phoebe has accepted responsibility for her actions. She also paid a huge financial price to avoid the government forfeiting her home.

The three-year wait for this case to finally be resolved has been very difficult, but it has also given her a chance to think about her future. I asked Phoebe what she wants to do with the rest of her life, and she said, "I would love to go to college, get a business degree and eventually open a flower shop. Flowers make everyone happy and there is no cooking."

The government is not recommending incarceration. The defense is also asking the court not to incarcerate Phoebe.

WHEREFORE, applying the 18 U.S.C. 3553 factors and seeking a sentence that is sufficient, but not more than necessary and considering all the above

9

information, we ask the Court to impose a very short period of probation or a very small fine. Phoebe has learned a valuable lesson.

Respectfully Submitted,

s/    Raymond A. Cassar
Law Office of Raymond A. Cassar, PLC
Attorney for Defendant
30445 Northwestern Hwy. Ste. 220
Farmington Hills, MI 48334
(248) 855-0911; Fax (248) 855-9523
ray@crimlawattorney.com
P36875

Date: October 11, 2021

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2021, I electronically filed Defendant's Sentencing Memorandum with the Clerk of the Court using the ECF system which will send notification of such filing to all parties.

s/    Raymond A. Cassar

RAYMOND A. CASSAR (P36875)
Law Offices of Raymond A. Cassar
Attorney for Defendant Weng
30445 Northwestern Hwy., Ste. 220
Farmington Hills, MI 48334
(248) 855-0911; Fax (248) 855-9523
E-Mail: Ray@crimlawattorney.com

Date: October 11, 2021

Law Offices of Raymond A. Cassar, P.L.C. 30445 Northwestern Highway, Suite 220, Farmington Hills, MI 48334 248.855.0911

11